Leroy M. THURSTON, Jr.,
Plaintiff–Appellant,

v.

SAMUEL WHITE LAW FIRM;
Joanna, Associate, Defendants–
Appellees.

No. 02–1450.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

868

Leroy M. Thurston, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy M. Thurston, Jr. appeals the district court's order dismissing his civil action for lack of federal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Thurston v. Samuel White Law Firm*, No. CA–02–32–3 (W.D.Va. Mar. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*